|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATSIANA DEROSA, ET AL.

          Plaintiff(s),

  v.

BAYER HEALTHCARE, ET AL.

          Defendant(s).

Case No: 19-CV-02932

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeremy A. Moseley, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: GE Healthcare Inc. & General Electric Co. in the above-entitled action. My local co-counsel in this case is James M. Hanlon, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 370 Seventeenth Street, Suite 4500<br>Denver, CO 80202 | 100 Pringle Ave., Suite 500<br>Walnut Creek, CA 94596 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 244-1800 | (925) 210-2800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| moseley@wtotrial.com | jhanlon@glynnfinley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 40831.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/13/19

                                           Jeremy A. Moseley
                                           APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jeremy A. Moseley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/19/2019

                                         *Haywood S. Gill Jr.*
                             UNITED STATES DISTRICT / ~~MAGISTRATE~~ JUDGE

# SUPREME COURT



## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Jeremy A. Moseley**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **18th** day of **May** A.D. **2009** and that at the date hereof the said **Jeremy A. Moseley** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **6th** day of **June** A.D. **2019**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk

