Jennifer Greenblatt (*pro hac vice* application forthcoming)
Edward Dumoulin (*pro hac vice* application forthcoming)
jgreenblatt@goldmanismail.com
edumoulin@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
564 W. Randolph St., Ste. 400
Chicago, IL 60661
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

RODNEY M. HUDSON (SBN 189363)
Rodney.Hudson@dbr.com
CLAUDIA V. GARCIA (SBN 306668)
Claudia.Garcia@dbr.com
DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Counsel for Specially Appearing Defendants
Bayer HealthCare Pharmaceuticals Inc.; Bayer
Corporation; and Bayer HealthCare LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATSIANA DEROSA; TAMARA TYLER; GILBERTO LOPEZ; BONNIE WHEELER, <br><br>Plaintiffs, <br><br>v. <br><br>BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER CORPORATION; BAYER HEALTHCARE LLC; GE HEALTHCARE, INC.; GENERAL ELECTRIC COMPANY; BRACCO DIAGNOSTICS INC.; MCKESSON CORPORATION; MCKESSON MEDICAL-SURGICAL, INC.; and DOES 1 through 20, inclusive, <br><br>Defendants. | Case No. 4:19-cv-02932-HSG <br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO SEVER AND STIPULATED REQUEST FOR ORDER CHANGING TIME (CIV. L.R. 6-2, 7-12, AND 16-2(E)); ORDER (as modified)** |

Pursuant to Civil Local Rules 6-2, 7-12, and 16-2(e), Specially Appearing Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation (collectively the "Bayer Defendants"), Specially Appearing Defendants GE Healthcare Inc. and General Electric Company (collectively the "GEHC Defendants"), Defendants McKesson Corporation and McKesson Medical-Surgical, Inc. (collectively the "McKesson Defendants"), and Plaintiffs Tatsiana DeRosa, Tamara Tyler, Gilberto Lopez, and Bonnie Wheeler (collectively the "Plaintiffs"), (all collectively, the "Parties"), by and through their respective counsel, hereby stipulate to continue the Initial Case Management Conference and hearing on the GEHC Defendants' motion to sever, which is currently set for October 31, 2019, to November 19, 2019, or to a date thereafter set at the discretion of the Court. In support of this Stipulation, the Parties state as follows:

1. On July 25, 2019, the Court issued a Notice resetting the Initial Case Management Conference and the hearing on the GEHC Defendants' motion to sever in the above-captioned action for October 31, 2019 at 2:00 p.m. in Courtroom 2 before the Honorable Haywood S. Gilliam, Jr., and setting the deadline for filing the Case Management Statement as October 24, 2019. *See* Dkt. No. 30.

2. Civil Local Rule 6-2(a) provides that "[t]he parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court Order, or that would . . . extend time frames set in the Local Rules or in the Federal Rules."

3. The Bayer Defendants' lead counsel is unavailable on October 31, 2019 and substitute lead counsel is not available to provide coverage on or around that date. *See* Declaration of Jennifer L. Greenblatt ¶ 2(a), filed concurrently herewith.

4. The Parties through their counsel have agreed to a continuance of the Initial Case Management Conference currently set for October 31, 2019 to November 19, 2019, or to a date thereafter set at the discretion of the Court. *See id.* ¶ 2(b).

5. No prior time modifications have been sought in this case by the Parties. *Id.* ¶ 3. The Court set the Initial Case Management Conference for September 3, 2019, and *sua sponte* continued

the Initial Case Management Conference to October 31, 2019. *Id.*; *see* Dkt. Nos. 18 (6/12/19 Clerk's Notice Setting Case Management Conference) and 30 (7/25/19 Clerk's Notice Continuing Case Management Conference).

6. Continuing the date of the Case Management Conference and hearing on the GEHC Defendants' motion to sever will not have any significant effect on the schedule for this case. *Id.* ¶ 4

**IT IS SO STIPULATED.**

Dated: September 16, 2019

DRINKER BIDDLE & REATH LLP

By: /s/ Rodney M. Hudson
Rodney M. Hudson

Counsel for Specially Appearing Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation

Dated: September 16, 2019

WHEELER TRIGG O'DONNELL LLP

By: /s/ Jeremy A. Moseley
Michael L. O'Donnell
Jeremy A. Moseley

Counsel for Specially Appearing Defendants GE Healthcare Inc. and General Electric Company

By: /s/ Emma E. Garrison
Emma E. Garrison

Counsel for Defendants McKesson Corporation and McKesson Medical Surgical Inc.

Dated: September 16, 2019

MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP

By: /s/ Levi M. Plesset
Levi M. Plesset

Counsel for Plaintiffs Tatsiana DeRosa, Tamara Tyler, Gilberto Lopez, and Bonnie Wheeler

**Attestation**: *I, Rodney M. Hudson, hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from the other signatories*

/s/ Rodney M. Hudson

ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** except that the case management conference and the hearing on the motion will be held Thursday, November 21, 2019 at 2:00 p.m.

Dated: 9/17/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.