Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATSIANA DEROSA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC.; et al.,<br><br>　　　　　Defendants. | Case No. 4:19-cv-02932-HSG<br><br>**ORDER GRANTING DEFENDANTS' JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO WITHDRAW**<br><br>Date:　　December 5, 2019<br>Time:　　2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>　　　　　1301 Clay Street<br>　　　　　Oakland, CA 94612 |

Upon consideration of the request by Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Corporation, Bayer HealthCare LLC, GE Healthcare Inc., General Electric Company, McKesson Corporation, and McKesson Medical Surgical Inc., for their respective counsel to appear telephonically at the Case Management Conference and Hearing on Motion to Withdraw as Attorney scheduled for December 5, 2019, and for good cause shown, it is hereby ORDERED that counsel for Defendants may appear telephonically at the December 5, 2019 Case Management Conference and Hearing. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: 11/22/2019

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING REQUEST FOR
TELEPHONIC APPEARANCE

- 2 -

CASE NO. 4:19-CV-02932-HSG